B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Buttery, Michael D** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-8236** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4814 N 28th Place**<br>**Phoenix, AZ**<br>ZIP Code **85016** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 15427**<br>**Phoenix, AZ**<br>ZIP Code **85060** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Buttery, Michael D** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Buttery, Michael D** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael D Buttery**
Signature of Debtor **Michael D Buttery**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**July 27, 2010**
Date

### Signature of Attorney*

X **/s/ James Portman Webster, PLLC**
Signature of Attorney for Debtor(s)

**James Portman Webster, PLLC 025006**
Printed Name of Attorney for Debtor(s)

**Law Office of James Portman Webster, PLLC**
Firm Name

**935 E. Main, Ste 204**
**Mesa, AZ 85203**

Address

                      **Email: jim@jpwlegal.com**
**480-464-4667  Fax: 888-214-8293**
Telephone Number

**July 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re **Michael D Buttery**  
Debtor(s)

Case No. _____  
Chapter **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

   ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

      Signature of Debtor:  **/s/ Michael D Buttery**
               **Michael D Buttery**
      Date:  **July 27, 2010**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com     Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re  **Michael D Buttery**                                   Case No.
                               Debtor(s)                        Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American General Finan<br>8101 N 35th Ave Ste 7<br>Phoenix, AZ 85051 | American General Finan<br>8101 N 35th Ave Ste 7<br>Phoenix, AZ 85051 | 2621 E. Harvard St. #3, #7 and #13; 2635 E Harvard St #1, #3, #8, #10, #11 and #12; 2645 E Harvard St. #1, #2, #4 and #6, Phoenix AZ 85008.  Each cond | Disputed | 416,895.00<br><br>(286,000.00 secured) |
| Americas Servicing Co<br>Attention:  Bankruptcy<br>Po Box 10328<br>Des Moines, IA 50306 | Americas Servicing Co<br>Attention:  Bankruptcy<br>Po Box 10328<br>Des Moines, IA 50306 | 4842 W. Rose Lane, Glendale, AZ 85301 foreclosed 5/10 | | 74,893.00 |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | 4780 W Palo Verde Dr, Glendale, AZ 85301 | | 60,048.00<br><br>(23,000.00 secured) |
| Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | Bac Home Loans Servici<br>450 American St<br>Simi Valley, CA 93065 | 5871 N 47th Ave, Glendale, AZ 85301 | | 58,540.00<br><br>(23,000.00 secured) |
| Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | 2635 E. Harvard St. Unit #9, Phoenix, AZ  85008 | Disputed | 44,675.00<br><br>(22,000.00 secured) |
| Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Bank Of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Sold property at 270 N. Ashley Drive, Phoenix on 5/2005 | Disputed | 165,041.00 |
| Calvary Portfolio Services<br>PO Box 27288<br>Tempe, AZ 85282 | Calvary Portfolio Services<br>PO Box 27288<br>Tempe, AZ 85282 | collection agency for Bank of America | | 49,007.77 |
| Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>Po Box 1017<br>Hawthorne, NY 10532 | Calvary Portfolio Services<br>Attention:  Bankruptcy Department<br>Po Box 1017<br>Hawthorne, NY 10532 | CollectionAttorney Bank Of America | | 47,874.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Michael D Buttery**  Case No. _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>Po Box 1017<br>Hawthorne, NY 10532 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>Po Box 1017<br>Hawthorne, NY 10532 | CollectionAttorney Bank Of America | | 22,678.00 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | CreditCard | | 47,820.00 |
| Chase<br>Po Box 1093<br>Northridge, CA 91328 | Chase<br>Po Box 1093<br>Northridge, CA 91328 | 5870 N 48th Ln, Glendale, AZ 85301 | | 66,125.00<br><br>(23,000.00 secured) |
| Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | CreditCard | | 29,985.00 |
| Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-4047 | Client Services, Inc.<br>3451 Harry Truman Blvd.<br>Saint Charles, MO 63301-4047 | collection agency for Citi Mastercard | | 27,871.94 |
| Emc Mortgage<br>Attention: Bankruptcy Clerk<br>Po Box 293150<br>Lewisville, TX 75029 | Emc Mortgage<br>Attention: Bankruptcy Clerk<br>Po Box 293150<br>Lewisville, TX 75029 | 2411 W. Hazlewood St.# 278, Phoenix AZ 85015 | | 48,219.00<br><br>(21,000.00 secured) |
| Specialized Loan Servi<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129 | Specialized Loan Servi<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129 | 740 W. Elm St. #103, Phoenix, Az 85013 | | 135,927.00<br><br>(38,000.00 secured) |
| The Fortune Family Retirement Plan<br>8151 E Del Pico<br>Scottsdale, AZ | The Fortune Family Retirement Plan<br>8151 E Del Pico<br>Scottsdale, AZ | 2621 E. Harvard St. #3, #7 and #13; 2635 E Harvard St #1, #3, #8, #10, #11 and #12; 2645 E Harvard St. #1, #2, #4 and #6, Phoenix AZ 85008. Each cond | | 200,000.00<br>(286,000.00 secured)<br>(416,895.00 senior lien) |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | 1701 E. Colter St. #138, Phoenix, AZ 85016 | | 139,003.00<br><br>(55,000.00 secured) |
| Wells Fargo Bank Nv Na<br>P.O. Box 31557<br>Billings, MT 59107 | Wells Fargo Bank Nv Na<br>P.O. Box 31557<br>Billings, MT 59107 | 2635 E Harvard #9, Phoenix, AZ 85008 | | 84,874.00<br><br>(22,000.00 secured) |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | 4444 E Pueblo Ave, Phoenix, AZ 85040 | | 52,361.00<br><br>(21,000.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Michael D Buttery**                                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Wyrhsr Mtg**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115** | **Wyrhsr Mtg**<br>**3815 South West Temple**<br>**Salt Lake City, UT 84115** | **2415 E. Hazelwood St. #279, Phoenix, AZ 85015 Foreclosed 7/21/2010** | | 50,719.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Michael D Buttery**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2010**               Signature   **/s/ Michael D Buttery**
                                                  **Michael D Buttery**
                                                  Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Buttery, Michael -

AARON & ASSOCIATES P.C.
1615 E. FORT LOWELL RD.
TUCSON AZ 85719

ACADEMY COLLECTION SERVICE, INC.
P.O. BOX 16119
PHILADELPHIA PA 19114-0119

AMC MORTGAGE SERVICES
ATTN: BANKRUPTCY DEPT.
PO BOX 11000
SANTA ANA CA 92711

AMERICAN EXPRESS
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355

AMERICAN GENERAL FINAN
8101 N 35TH AVE STE 7
PHOENIX AZ 85051

AMERICAS SERVICING CO
ATTENTION: BANKRUPTCY
PO BOX 10328
DES MOINES IA 50306

AMEX
C/O BECKETT & LEE
PO BOX 3001
MALVERN PA 19355

ARNULFO BONILLAS & CHRISITNA CORRAL
4780 W. PALO VERDE DRIVE
GLENDALE AZ 85301

BAC HOME LOANS SERVICI
450 AMERICAN ST
SIMI VALLEY CA 93065

BANK OF AMERICA
4161 PIEDMONT PARKWAY
GREENSBORO NC 27410

Buttery, Michael -

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK DE 19713

BANK OF AMERICA
ATTN: BANKRUPTCY NC4-105-03-14
PO BOX 26012
GREENSBORO NC 27410

BARCLAYS BANK DELAWARE
ATTENTION: CUSTOMER SUPPORT DEPARTMENT
PO BOX 8833
WILMINGTON DE 19899

BEATRICE OSORNIO
5870 NORTH 48TH LANE
GLENDALE AZ 85301

BRENDEN & DAVID EDMUND & KRISTINA TAYLOR
740 W. ELM ST. #103
PHOENIX AZ 85013

CALVARY PORTFOLIO SERVICES
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 1017
HAWTHORNE NY 10532

CALVARY PORTFOLIO SERVICES
PO BOX 27288
TEMPE AZ 85282

CAPITAL MANAGEMENT SERVICES, LP
726 EXCHANGE ST. #700
BUFFALO NY 14210

CAPITAL ONE, N.A.
C/O AMERICAN INFOSOURCE
PO BOX 54529
OKLAHOMA CITY OK 73154

CBE GROUP
C/O CITICORP CREDIT SERVICES, INC.
P.O. BOX 2695
WATERLOO IA 50704-2695

Buttery, Michael -

CGF CREDITORS FINANCIAL GROUP, LLC
P.O. BOX 440290
AURORA CO 80044-0290

CHASE
PO BOX 1093
NORTHRIDGE CA 91328

CHASE
PO BOX 15298
WILMINGTON DE 19850

CHASE
PO BOX 24696
COLUMBUS OH 43224

CHASE
ATTN: BANKRUPTCY DEPT
PO BOX 15145
WILMINGTON DE 19850

CHASE MTG
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127

CHASE- TJX
PO BOX 15298
WILMINGTON DE 19850

CITI
PO BOX 6241
SIOUX FALLS SD 57117

CITI
PO BOX 6497
SIOUX FALLS SD 57117

CLIENT SERVICES, INC.
3451 HARRY TRUMAN BLVD.
SAINT CHARLES MO 63301-4047

COLLECTCORP CORPORATION
455 N. 3RD ST. #260
PHOENIX AZ 85004-3924

Buttery, Michael -


DISCOVER FIN
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 3025
NEW ALBANY OH 43054


EAST VALLEY DIAGNOSTIC IMAGING
P.O. BOX 98311
PHOENIX AZ 85038


EDELMIRA LIZARRAGA
2635 E. HARVARD STREET #9
PHOENIX AZ 85008


EMC MORTGAGE
ATTENTION: BANKRUPTCY CLERK
PO BOX 293150
LEWISVILLE TX 75029


ENCORE RECEIVABLE MANAGEMENT, INC.
400 N. ROGERS RD.
P.O. BOX 3330
OLATHE KS 66063-3330


ER SOLUTIONS
PO BOX 9004
RENTON WA 98057


FIA CSNA
PO BOX 17054
WILMINGTON DE 19850


FIRST USA BANK N A
1001 JEFFERSON PLAZA
WILMINGTON DE 19701


FIRST USA BANK N A
PO BOX 8650
WILMINGTON DE 19899


FIRSTSOURCE ADVANTAGE, LLC
P.O. BOX 628
BUFFALO NY 14240-0628

Buttery, Michael -

FRANCISCO RAMIREZ
1385 N 44TH STREET
PHOENIX AZ 85008

FREDERICK J. HANNA & ASSOC., PC
1427 ROSWELL RD.
MARIETTA GA 30062

GEMB/CHEVRON
ATTENTION: BANKRUPTCY
PO BOX 530950
ATLANTA GA 30353-0950

GEMB/ULTIMATE ELECTRON
PO BOX 981439
EL PASO TX 79998

GMAC
ATTENTION: BANKRUPTCY DEPT.
1100 VIRGINIA DRIVE
FORT WASHINGTON PA 19034

GRACE GUTIERREZ & RYAN VILDOSOLA
2621 E. HARVARD ST. #3
PHOENIX AZ 85008

GREEN POINT SAVINGS
4160 MAIN ST
FLUSHING NY 11355

HARVARD PLACE HOA
P.O. BOX 31688
MESA AZ 85275

HATMAKER & ASSOCIATES
1156 SOUTH US 1
VERO BEACH FL 32962

HOUSEHOLD BANK / RHODES FURNITURE
ATTN: BANKRUPTCY
PO BOX 5263
CAROL STREAM IL 60197

Buttery, Michael -

HSBC
ATTN: BANKRUPTCY
PO BOX 5213
CAROL STREAM IL 60197

HSBC BANK
ATTN: BANKRUPTCY
PO BOX 5213
CAROL STREAM IL 60197

INEZ LEWIS
2635 E. HARVARD ST. #3
PHOENIX AZ 85008

INTEGRITY FINANCIAL PARTNERS, INC.
P.O. BOX 11530
OVERLAND PARK KS 66207-4230

INTERNAL REVENUE SERVICE
SB/SE INSOLVENCY TERRITORY 11
210 E. EARLL DR. MS5014
PHOENIX AZ 85012

JENNIFER RUFFIN & NICOLE EMORY
2621 E. HARVARD ST. # 13
PHOENIX AZ 85008

JOHN WOTEN AND LORI ARNOLD
1701 E COLTER ST. #138
PHOENIX AZ 85016

JORGE & ARACELI PEREZ-MORA
LILIANA SANCHEZ
2621 E. HARVARD ST. #7
PHOENIX AZ 85008

KAROLYN MORGAN
2415 W HAZLEWOOD STREET # 279
PHOENIX AZ 85015

KATHY GRAHAM
2621 E. HARVARD ST #11
PHOENIX AZ 85006

Buttery, Michael -

LEWIS H. FREED DPM PC
6116 E. ARBOR AVE. #118
MESA AZ 85206-6104

LISA DAY
1444 E. ROCKWOOD DR.
PHOENIX AZ 85024

LITTON LOAN SERVICING

LORENZO DE LA CRUZ
2645 E. HARVARD ST. #4
PHOENIX AZ 85006

LOWES / MBGA
ATTENTION: BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA 30076

LVNV FUNDING LLC
PO BOX 740281
HOUSTON TX 77274

MACYS/FDSB
MACY'S BANKRUPTCY
PO BOX 8053
MASON OH 45040

MARIBEL & GENARO TREJO
MONICA GUTIERREZ
PHOENIX AZ 85008

MARICELA GONZALEZ
4444 E. PUEBLO SREET
PHOENIX AZ 85040

MARLEE PETTIS
2635 E. HARVARD ST. #12
PHOENIX AZ 85006

MAYRA REYES
2144 W HAZLEWOOD ST. # 278
PHOENIX AZ 85015

Buttery, Michael -


MCCARTHY, BURGESS & WOLF
2600 CANNON RD.
BEDFORD OH 44146


MORTGAGE FUNDING CORP
P.O. BOX 15637
HATTIESBURG MS 39404-5637


NORTHLAND GROUP, INC.
P.O. BOX 390905
MINNEAPOLIS MN 55439


NORTHSTAR LOCATION SERVICES, LLC
ATTN: FINANCIAL SERVICES DEPT.
4285 GENESEE ST.
BUFFALO NY 14225-1943


OMNI CREDIT SERVICES OF FLORIDA, INC.
P.O. BOX 23381
TAMPA FL 33623-3381


PAMELA FABIANO & STEVAN TODD
2635 E. HARVARD ST. #10
PHOENIX AZ 85006


PORTFOLIO RC
ATTN: BANKRUPTCY
PO BOX 41067
NORFOLK VA 23541


PORTFOLIO RECOVERY SERVICES, LLC
ATTN:  PRA DISPUTES DEPT.
140 CORPORATE BLVD.
NORFOLK VA 23502


REDLINE RECOVERY SERVICES, LLC
11675 RAINWATER DR., #350
ALPHARETTA GA 30009-8693


RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET NY 11791

Buttery, Michael -

SALAH ALMAZNI
4842 W. ROSE LANE
GLENDALE AZ 85301

SANDRA JIMENEZ & ALFONSO GUTIERREZ
2635 E. HARVARD ST. #1
PHOENIX AZ 85008

SEARS/CBSD
SEARS BK RECOVERY
PO BOX 20363
KANSAS CITY MO 64195

SHELL OIL / CITIBANK
ATTN.: CENTRALIZED BANKRUPTCY
PO BOX 20507
KANSAS CITY MO 64195

SONIA SANDERS
2645 E. HARVARD ST. #6
PHOENIX AZ 85006

SPECIALIZED LOAN SERVI
8742 LUCENT BLVD
HIGHLANDS RANCH CO 80129

TARGET
PO BOX 9475
MINNEAPOLIS MN 55440

TARGET NB
PO BOX 673
MINNEAPOLIS MN 55440

THE FORTUNE FAMILY RETIREMENT PLAN
8151 E DEL PICO
SCOTTSDALE AZ

TIM PRIEHS
67985 CARROLL DRIVE
CATHEDRAL CITY CA 92234

UNITED COLLECTION BUREAU, INC.
P.O. BOX 1418
MAUMEE OH 43537

Buttery, Michael -

UNVL/CITI
PO BOX 6241
SIOUX FALLS SD 57117

US BK RMS CC
101 5TH ST E STE A
SAINT PAUL MN 55101

WELLS FARGO BANK NV NA
PO BOX 31557
BILLINGS MT 59107

WELLS FARGO BANK NV NA
P.O. BOX 31557
BILLINGS MT 59107

WELLS FARGO CARD SER
PO BOX 5058
PORTLAND OR 97208

WFNNB/J CREW
PO BOX 182273
COLUMBUS OH 43218

WORLD FINANCIAL NETWORK NATIONAL BANK
ATTN:  RECOVERY DEPT.
P.O. BOX 182124
COLUMBUS OH 43218-2124

WYRHSR MTG
3815 SOUTH WEST TEMPLE
SALT LAKE CITY UT 84115